Date signed October 21, 2013



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| KIMBERLY DAWN FISHER | * | Case No. | 13-26373PM |
| ROBERT LEE FISHER | * | Chapter | 13 |
| | * | | |
| Debtor(s) | * | | |

## MEMORANDUM TO DEBTORS

The Debtors commenced this case by the filing of a voluntary petition on September 26, 2013. A Deficiency Notice was issued by the court on September 27, 2013, advising that the voluntary petition required both of the Debtors' signatures. The Debtors were given until October 11, 2013 to cure the defect. The defect was not cured. On October 16, 2013, an Order to Show Cause was issued requiring the Debtors to show cause, if any there be, by October 29, 2013, in a writing filed with the court, why this case should not be dismissed for failure to complete required filings. To date, the Debtors have not responded to the Order to Show Cause. Accordingly, by **October 29, 2013**, the Debtors shall cure all defects by filing the following:

- ☐ Amended Voluntary Petition including both of the Debtors' signatures;
- ☐ Chapter 13 Plan
- ☐ Certificate of mailing Chapter 13 Plan to all creditors
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form 22C)
- ☐ Schedules A - J
- ☐ Statement of Financial Affairs
- ☐ Summary of Schedules
- ☐

**Failure by the Debtors to comply with this Memorandum will result in the dismissal of this case.**

cc: Kimberly Dawn Fisher
13533 Paradise Church Road
Hagerstown, MD 21742

Robert Lee Fisher
13533 Paradise Chruch Road
Hagerstown, MD 21742

Trustee
Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716

**End of Memorandum**